NELL ST. JOHN, Appellant, *v.* JERE F. COLLINS et al., Defendants, and KATE F. COLLINS, Respondent.

*St. John* v. *Collins*, 146 App. Div. 924, affirmed.
(Submitted January 21, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 28, 1911, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*Samuel H. Sternberg* for appellant.

*Meier Steinbrink* and *Frank E. Johnson, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.

---

PAUL R. G. HORST, Respondent, *v.* FIDELITY WAREHOUSE COMPANY, Appellant.

*Horst* v. *Fidelity Warehouse Co.*, 142 App. Div. 937, affirmed.
(Argued January 21, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for damage to goods while stored in defendant's warehouse.

*Charles Harris Luscomb* for appellant.

*George A. Strong* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.